IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| AMY STEVENS, JANE DOE 1, on behalf of themselves and all others similarly situated, | ) ) ) ) |
| Plaintiffs, | ) ) ) |
| vs. | ) ) ) |
| USA DIVING, INC., INDIANA DIVING ACADEMY, INC., d/b/a RIPFEST, JOHN WINGFIELD, JOHEL RAMIREZ SUAREZ, and CHRIS HEATON, | ) ) ) ) ) ) |
| Defendants. | ) |

Case No. 1:18-cv-3015-WTL-MJD

Related Case No. 1:18-cv-2113-WTL-MJD

**JOINT NOTICE OF RESOLUTION OF SUBPOENA DUCES TECUM TO NON-PARTY U.S. CENTER FOR SAFESPORT AND SAFESPORT'S MOTION TO QUASH**

Defendant USA Diving, Inc. ("USA Diving") and Non-Party the U.S. Center for SafeSport ("SafeSport"), by their respective counsel, provide notice to the Court that the subpoena USA Diving issued to SafeSport on May 17, 2019 ("Subpoena") and SafeSport's Motion to Quash Subpoena [Dkt. #142] ("Motion") have been resolved between them, with USA Diving releasing SafeSport from responding to the Subpoena based on SafeSport's written representations, and with both parties reserving their rights and arguments as to any future discovery. They further request the Court to enter an order showing the Motion as resolved and denied as moot based on this Notice.

Respectfully submitted,

| ZONIES LAW LLC | KATZ KORIN CUNNINGHAM PC |
|---|---|
| *Joseph J. Zonies (with permission)* <br> Joseph J. Zonies, Esq. <br> 1700 Lincoln Street, Suite 2400 <br> Denver, CO 80203 <br> Telephone: 720-464-5300 <br> jzonies@zonieslaw.com <br><br> *Attorney for the U.S. Center for SafeSport* | *Kristopher N. Kazmierczak* <br> Bernard L. Pylitt, Atty. No. 5851-49 <br> Kristopher N. Kazmierczak, No. 19430-49 <br> 334 North Senate Avenue <br> Indianapolis, Indiana 46204 <br> Telephone: 317-464-1100 <br> Facsimile: 317-464-1111 <br> Email: bpylitt@kkclegal.com <br>         kkaz@kkclegal.com <br><br> *Attorneys for Defendant USA Diving, Inc.* |

## CERTIFICATE OF SERVICE

      I hereby certify that on the 25th day of June, 2019, a copy of the foregoing was filed electronically. Notice of this filing will be sent to the following parties by operation of the Court's ECF. Parties may access this filing through the Court's system:

| | |
|---|---|
| Jonathan Charles Little<br>Jessica A. Wegg<br>SAEED & LITTLE LLP<br>jon@sllawfirm.com<br>jessica@sllawfirm.com<br>*Attorneys for Plaintiffs* | Steven F. Stapleton<br>Marshall W. Grate<br>Maria Fracassa Dwyer<br>Colleen E. McCarty<br>CLARK HILL PLC<br>sstapleton@clarkhill.com<br>mgrate@clarkhill.com<br>mdwyer@clarkhill.com<br>cmccarty@clarkhill.com<br>*Attorneys for Defendants Indiana Diving Academy, Inc. d/b/a RipFest and John Wingfield* |
| Rex A. Sharp, *Pro Hac Vice*<br>Larkin E. Walsh, *Pro Hac Vice*<br>Ryan C. Hudson, *Pro Hac Vice*<br>Sarah T. Bradshaw, *Pro Hac Vice*<br>REX A. SHARP, P.A.<br>rsharp@midwest-law.com<br>lwalsh@midwest-law.com<br>rhudson@midwest-law.com<br>sbradshaw@midwest-law.com<br>*Attorneys for Plaintiffs* | Pamela A. Paige<br>Christina L. Corl, *Pro Hac Vice*<br>PLUNKETT COONEY, P.C.<br>ppaige@plunkettcooney.com<br>CCorl@plunkettcooney.com<br>*Attorneys for Defendant Chris Heaton* |
| Stephen J. Estey<br>ESTEY & BOMBERGER, LLP<br>2869 India Street<br>San Diego, CA 92103<br>steve@estey-bomberger.com<br>*Attorney for Plaintiffs* | Bernard L. Pylitt<br>Kristopher N. Kazmierczak<br>KATZ KORIN CUNNINGHAM PC<br>bpylitt@kkclegal.com<br>kkaz@kkclegal.com<br>*Attorneys for USA Diving, Inc.* |

                                       *Kristopher N. Kazmierczak*

KATZ KORIN CUNNINGHAM PC
334 North Senate Avenue
Indianapolis, Indiana 46204
Telephone: 317-464-1100 Facsimile: 317-464-1111
Email: bpylitt@kkclegal.com
       kkaz@kkclegal.com