> Voluntary dismissal without prejudice of Chris Heaton acknowledged.
> JRS, DJ, 8/19/19
> Distribution to all parties of record via CM/ECF.

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| Amy Stevens, et al., <br> Jane Doe 1, <br> on behalf of themselves and all others <br> similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> USA Diving, Inc., <br> Indiana Diving Association of USA Diving, Inc., <br> Indiana Diving Academy, Inc., d/b/a RipFest, <br> John Wingfield, <br> Johel Ramirez Suarez, and <br> Chris Heaton | Cause No. 1:18-cv-03015-JRS-MJD |

**PLAINTIFF AMY STEVENS' NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT CHRIS HEATON**

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Amy Stevens, by and through counsel, Jeff Gibson, hereby dismisses the Defendant, Chris Heaton without prejudice in this action.

Dated: August 16, 2019

Respectfully submitted:

  /s/ Jeff Gibson
Jeff Gibson #22362-49
Wagner Reese, LLP
11939 N. Meridian Street, Suite 100
Carmel, Indiana 46032
Telephone: (317) 569-0000
Facsimile: (317) 569-8088
jgibson@wagnerreese.com
*Attorney for Plaintiff, Amy Stevens*