UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| JANE DOE 1, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   No. 1:18-cv-03015-JRS-MJD |
| | ) |
| USA DIVING, INC., et al., | ) |
| | ) |
| Defendants. | ) |

**MINUTE ENTRY FOR NOVEMBER 10, 2021
TELEPHONIC SETTLEMENT CONFERENCE
HON. MARK J. DINSMORE, MAGISTRATE JUDGE**

The parties appeared in person and by counsel for a settlement conference. Settlement was not achieved. The conference concluded without further order.

Dated: 10 NOV 2021

_____
Mark J. Dinsmore
United States Magistrate Judge
Southern District of Indiana

Distribution:

Service will be made electronically
on all ECF-registered counsel of record via
email generated by the Court's ECF system.