IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| JANE DOE 1, | ) | |
| | ) | |
| Plaintiffs, | ) | Case No.  1:18-cv-3015-JRS-MJD |
| | ) | |
| vs. | ) | |
| | ) | |
| USA DIVING, INC., | ) | |
| INDIANA DIVING ACADEMY, INC., | ) | |
| d/b/a RIPFEST, JOHN WINGFIELD, | ) | |
| JOHEL RAMIREZ SUAREZ, and | ) | |
| ARCADIA CHURCH EVENTS & | ) | |
| SPORTS, LLC, | ) | |
| | ) | |
| Defendants. | ) | |

## STIPULATION OF DISMISSAL WITH PREJUDICE OF PLAINTIFF JANE DOE 1

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) Plaintiff Jane Doe 1, and

Defendants Indiana Diving Academy, Inc. d/b/a Ripfest, John Wingfield, Johel Ramirez Suarez,

and Arcadia Church Events & Sports, LLC, by their respective counsel, hereby stipulate to the

dismissal of all claims in this cause of action as to Plaintiff Jane Doe 1, with prejudice, the parties

to bear their own costs, including attorneys' fees.

Respectfully submitted,

*s/Joseph Mulvey (w/ permission)*
Joseph L. Mulvey
MULVEY LAW LLC
133 W. Market Street, No. 274
Indianapolis, IN 46204
joseph@mulveylawllc.com
*Attorneys for Plaintiff Jane Doe 1*

*s/Steven Stapleton     (w/ permission)*
Steven F. Stapleton
Marshall W. Grate
Maria Fracassa Dwyer
CLARK HILL PLC
200 Ottawa Avenue, NW, Suite 500
Grand Rapids, MI  49503
sstapleton@clarkhill.com
mgrate@clarkhill.com
mdwyer@clarkhill.com
*Attorneys for Defendants Indiana Diving Academy,*
*Inc. d/b/a RipFest and John Wingfield*

s/Annemarie Alonso
Jonathan Little
Annemarie Alonso
SAEED & LITTLE, LLP
133 W. Market Street, Suite 189
Indianapolis, IN 46204
jon@sllawfirm.com
annie@sllawfirm.com
*Attorneys for Plaintiff Jane Doe 1*

s/Ryan Duffin (w/ permission)
Ryan Duffin
DUFFIN, HASH & COATES, LLP
4640 W. 71st Street
Indianapolis, IN  46268
rduffin@duffinandhash.com
*Attorney for Defendants John Wingfield and Arcadia Church Events & Sports, LLC*

s/ Star Martinez (w/ permission)
Star E. B. Martinez
HARWELL LEGAL COUNSEL
156 E. Market Street, Suite 701
Indianapolis, IN  46204
star@harwelllegal.com
*Attorney for Defendant Johel Ramirez Suarez*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on the _26th_ day of January, 2022, a copy of the foregoing was filed electronically. Notice of this filing will be sent to the following parties by operation of the Court's ECF. Parties may access this filing through the Court's system:

Joseph L. Mulvey
MULVEY LAW LLC
joseph@mulveylawllc.com
*Attorney for Plaintiff Jane Doe 1*

Jonathan Little
Annemarie Alonso
SAEED & LITTLE, LLP
jon@sllawfirm.com
annie@sllawfirm.com
*Attorneys for Plaintiff Jane Doe 1*

Steven F. Stapleton
Marshall W. Grate
Maria Fracassa Dwyer
CLARK HILL PLC
sstapleton@clarkhill.com
mgrate@clarkhill.com
mdwyer@clarkhill.com
*Attorneys for Defendants Indiana Diving Academy, Inc. d/b/a RipFest and John Wingfield*

Star E. B. Martinez
HARWELL LEGAL COUNSEL
star@harwelllegal.com
*Attorney for Defendant Johel Ramirez Suarez*

Ryan Duffin
DUFFIN, HASH & COATES, LLP
rduffin@duffinandhash.com
*Attorney for Defendants John Wingfield and Arcadia Church Events & Sports, LLC*


 *s/Annemarie Alonso*
 Annemarie Alonso

3