IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| JANE DOE 1, | ) |
| Plaintiffs, | ) Case No. 1:18-cv-3015-JRS-MJD |
| vs. | ) |
| USA DIVING, INC., INDIANA DIVING ACADEMY, INC., d/b/a RIPFEST, JOHN WINGFIELD, JOHEL RAMIREZ SUAREZ, and ARCADIA CHURCH EVENTS & SPORTS, LLC, | ) |
| Defendants. | ) |

## ORDER OF DISMISSAL WITH PREJUDICE OF PLAINTIFF JANE DOE

Plaintiff Jane Doe 1 and Defendants Indiana Diving Academy, Inc. d/b/a Ripfest, John Wingfield, Johel Ramirez Suarez, and Arcadia Church Events & Sports, LLC, by their respective counsel, having filed their Stipulation for Dismissal With Prejudice of Plaintiff Jane Doe 1, and the Court being otherwise duly advised,

IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED that this matter and all claims regarding, brought by and as to Plaintiff Jane Doe 1 are hereby DISMISSED WITH PREJUDICE, with each party to bear its own attorneys' fees and costs.

SO ORDERED.

Date: 1/28/2022

_____
JAMES R. SWEENEY II, JUDGE
United States District Court
Southern District of Indiana

Served electronically on all ECF-registered counsel of record.